UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: CHRISTOPHER E. CREED, | { | CHAPTER 13 |
| | { | |
| | { | CASE NO.: A06-74016JB |
| DEBTOR(S) | { | |
| | { | JUDGE BIHARY |

**MOTION TO RELEASE FUNDS FROM THE REGISTRY**

**FOR UNCLAIMED FUNDS**

COMES NOW Mary Ida Townson, Chapter 13 Trustee in the above-styled case and files herewith this Motion to Release Funds from the Registry for Unclaimed Funds, and as grounds respectfully shows the Court as follows:

1.

On or about July 13, 2009, the Chapter 13 Trustee transmitted check number 2045087 in the amount of $115.38 also on or about December 7, 2009, the Chapter 13 Trustee transmitted check number 2070345 in the amount of $692.28 both checks made payable to Clerk of Court for the Debtor in this case, Christopher E. Creed.

2.

The Debtor has now communicated with the Chapter 13 Trustee and provided his new mailing address which is: 1961 Dunlap Avenue, Apt #3, East Point, Georgia 30344. The Debtor is now requesting a release of the funds to which he is entitled.

WHEREFORE, the Chapter 13 Trustee prays that the Court authorize the Clerk of Court to issue a check in the amount of $807.66 made payable to Christopher E. Creed and mailed to 1961 Dunlap Avenue, Apt #3, East Point, GA 30344

Respectfully Submitted,

______/s__________________

Mary Ida Townson, Esq.
Chapter 13 Trustee
GA Bar No.715063
SUITE 2700
100 PEACHTREE ST, NW
ATLANTA, GA 30303
maryidat@atlch13tt.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR(S):

CHRISTOPHER E. CREED
1961 DUNLAP AVENUE
APT #3
EAST POINT, GA 30344

ATTORNEY FOR DEBTOR(S):

KING & KING
215 PRYOR STREET, SW
ATLANTA, GA 30303-7848

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 29TH day of December, 2009.

_______________/s__________________