UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Division

IN RE:  
Christopher Earl Creed,  
    Debtor(s).

CHAPTER 13

CASE NO. A06-74016 -

**DEBTOR'S NOTICE OF CHANGE OF ADDRESS**

COMES NOW Debtor in the above styled case and shows the court the following new address:

Christopher Earl Creed,  
1917 B Fisher Drive  
Stockbridge, GA 30281

This change of address was furnished by King & King, P.C.

UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Division

IN RE:                                                         CHAPTER 13
Christopher Earl Creed,
        Debtor(s).                       CASE NO. A06-74016 -

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that I am more than 18 years of age, and that on this day I served a copy of the within Debtor's Notice of Change of Address filed in this bankruptcy case upon the following, by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage affixed thereto:

Mary Ida Townson, Chapter 13 Trustee

By: _____ /S/
King & King, P.C.
Michelle Peric, Clerk
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
ecf@kingandkingpc.com